# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: | § § § | Chapter 13 |
| Carlos Mandoza Sandoval, | § § § | Case No. 21-11478-ELF |
| Debtor. | § § § § § | Misc. No. 22-03001 |

### AGREED ORDER CANCELLING RETENTION AGREEMENT, DISALLOWING AND REQUIRING RETURN OF ATTORNEY FEES, AND ENJOINING THE BABBS LAW FIRM FROM FURTHER FILINGS IN THIS JURISDICTION UNTIL FURTHER ORDER OF THE COURT

Upon the *Motion of the United States Trustee for Cancellation of Retention Agreement, Disallowance and Return of Attorney Fees, and Other Relief as may be Appropriate* (the "Motion")[1] and the *Stipulation by and between United States Trustee and The Babbs Law Firm* (the "Stipulation"), and this Court finding that it has jurisdiction to consider the Motion and the Stipulation pursuant to 28 U.S.C. §§ 157 and 1334, and this being a core proceeding pursuant to 28 U.S.C. § 157(b)(2), and after due deliberation thereon, and good and sufficient cause appearing therefore, it is hereby:

**ORDERED** THAT:

1. The Stipulation is **APPROVED**.

2. The Motion is **GRANTED** as set forth herein.

---

[1] Capitalized terms not otherwise defined herein shall have the meaning ascribed to them in the Motion.

1

3. Any retention agreement entered into between Debtor and Babbs Law is hereby cancelled.

4. Babbs Law shall return to the Debtor all funds collected or received from the Debtor, including all payments for fees and all payments for expenses, in the amount of $5,313.00. Babbs Law shall file a certification under oath with service on the U.S. Trustee that it has complied with this provision within three (3) days following making full payment. Such certification shall include how payment was made and the amount of said payment. To the extent Babbs Law does not complete payment of the entire $5,313.00 within ninety (90) days of entry of this Order, Babbs Law shall schedule a hearing to show cause why payment has not been completed.

5. Babbs Law, Babbs Law Firm, P.L., Sam Babbs III, and any successors or assigns are enjoined from practicing law before and filing on the dockets of the Bankruptcy Court for the Eastern District of Pennsylvania, with the limited exception of any filings pursuant to ¶ 4, supra. To resume practice, Babbs Law must make application to the Court to allow for a determination of whether Babbs Law has remedied its deficient practices.

6. This Court shall retain jurisdiction to hear and determine all matters arising from or related to the interpretation, implementation, or enforcement of this Order, including any further motions, applications, or other filings by the U.S. Trustee seeking relief in furtherance of the relief granted by this Order.

7. Notwithstanding any stay that otherwise might be applicable to this Order, this Order shall be effective and enforceable immediately upon entry hereof.

8. The Clerk shall also docket this order on the court's Miscellaneous Docket.

Dated: 2/2/22

**ERIC L. FRANK**
**U.S. BANKRUPTCY JUDGE**